UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARDEN J. LEA | * | CIVIL ACTION NO       5:11-cv-00791 |
| VERSUS | * | JUDGE _____ |
| FAULCONER ENERGY JOINT VENTURE – 1990, FAULCONER 2003 LIMITED PARTNERSHIP, LLP, HOOD PETROLEUM, INC. and UNIVERSAL ENERGY, LLC | * * * | MAG. JUDGE _____  **RELATED TO CIVIL ACTION NO. 10-1371**, **JUDGE FOOTE, MAGISTRATE HORNSBY** |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.1, Defendants FAULCONER ENERGY JOINT VENTURE – 1990, LLP and FAULCONER 2003 LIMITED PARTNERSHIP, LLP give notice that this matter is related to the matter styled *Arden J. Lea v. Faulconer Energy Joint Venture – 1990*, **Civil Action No. 5:10-cv-01371**, which was heard by **Judge Elizabeth E. Foote** and **Magistrate Judge Mark L. Hornsby**. That matter was dismissed by this Court on March 23, 2011.

Accordingly, Defendants FAULCONER ENERGY JOINT VENTURE – 1990, LLP and FAULCONER 2003 LIMITED PARTNERSHIP, LLP give notice of this related case.

Respectfully submitted,

**GORDON, ARATA, MCCOLLAM,
  DUPLANTIS & EAGAN, LLC**

**Joseph C. Giglio, III #27477, T.A.**
**B. J. Duplantis, #5198**
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508
Phone: (337) 237-0132 Fax: (337) 237-3451

**Stephanie Chiasson Toups, #30764**
201 St. Charles Avenue, Suite 4000
New Orleans, Louisiana 70170-4000
Phone: (504) 528-1111 Fax: (504) 582-1121


By: /s/ Stephanie Chiasson Toups
      Stephanie Chiasson Toups

**Attorneys for Defendant Faulconer Energy Joint Venture – 1990, LLP and Faulconer 2003 Limited Partnership, LLP**


## C E R T I F I C A T E

I certify that, on this 25th day of May, 2011, a copy of the above and foregoing Notice of Related Case was served by U.S. mail, postage prepaid on the following counsel:

DANIEL W. NEWELL
Newell & Newell
Post Office Box 179
Homer, Louisiana 71040-0179


         s/ Stephanie Chiasson Toups
         Stephanie Chiasson Toups

1328542v1